# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTOPHER DEVOSE,<br><br>    Petitioner<br><br>v.<br><br>WILLIAM HUTCHINGS, et al.,<br><br>    Respondents | Case No.: 2:21-cv-02069-APG-DJA<br><br>**Order** |

Christopher Devose has submitted a *pro se* petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 (ECF No. 1-1). Based on the current information about petitioner's financial status, including any additional information he may have provided, the court finds that he is able to pay the full fee pursuant to 28 U.S.C. § 1915.

I THEREFORE ORDER that petitioner's application for leave to proceed *in forma pauperis* without having to prepay the full filing fee (ECF No. 1) is **DENIED**. Petitioner has **30 days** from the date this order is ENTERED to have the $5.00 filing fee sent to the Clerk. Failure to do so may result in the dismissal of this action. The Clerk is directed to RETAIN the petition but not file it at this time.

Dated: December 7, 2021

_____
U.S. District Judge Andrew P. Gordon