# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTOPHER DEVOSE,<br><br>    Petitioner<br><br>v.<br><br>WILLIAM HUTCHINGS, et al.,<br><br>    Respondents. | Case No.: 2:21-cv-02069-APG-DJA<br><br>**Order Granting Motion for Status Check and Motion for Copy of Petition**<br><br>**(ECF Nos. 39, 40)** |

28 U.S.C. § 2254 pro se habeas corpus petitioner Christopher Devose has filed a motion for status check and for a copy of his petition. (ECF Nos. 39, 40.)

I ORDER that petitioner's motion for status check and motion for a copy of the petition (ECF Nos. 39, 40) are both **GRANTED**.

I FURTHER ORDER that the Clerk of Court SEND to petitioner one copy of his habeas petition at ECF Nos. 8 and 11 and one copy of the docket sheet.

Dated: January 26, 2023

_____
U.S. District Judge Andrew P. Gordon