# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTOPHER DEVOSE,<br><br>Petitioner<br><br>v.<br><br>WILLIAM HUTCHINGS, et al.,<br><br>Respondents. | Case No.: 2:21-cv-02069-APG-DJA<br><br>**Order Granting Extension of Time to Respond to Court's Order**<br><br>**(ECF No. 46)** |

28 U.S.C. § 2254 pro se habeas corpus petitioner Christopher Devose has filed a motion for extension of time to respond to my order dated March 22, 2023 at ECF No. 44. (ECF No. 46.) Good cause appearing, the motion is granted. Devose also states that, though I granted his motion for a copy of his petition on January 26, 2023, he never received a copy.

I THEREFORE ORDER that petitioner's motion for extension of time to respond to my order at ECF No. 44 **(ECF No. 46) is GRANTED**. **The deadline to respond is extended to May 15, 2023.**

I FURTHER ORDER that the Clerk of Court **SEND** to petitioner one copy of his habeas petition at ECF Nos. 8 and 11 and one copy of the docket sheet.

Dated: April 10, 2023

_____
U.S. District Judge Andrew P. Gordon