UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTOPHER DEVOSE,<br><br>    Petitioner<br><br>v.<br><br>WILLIAM HUTCHINGS, *et al.*,<br><br>    Respondents | Case No.: 2:21-cv-02069-APG-DJA<br><br>**Order Granting Motion to Voluntarily Dismiss Ground 2 of the Petition and Granting Extension of Time to Answer Petition to July 31, 2023**<br><br>[ECF Nos. 49, 50] |

In March 2023, I granted respondents' motion to dismiss Christopher Devose's *pro se* 28 U.S.C. § 2254 habeas corpus petition in part. ECF No. 44. Because I concluded that ground 2 is unexhausted, I gave Devose three options: (1) to submit a sworn declaration voluntarily abandoning ground 2, and proceeding only on the exhausted claims; (2) to return to state court to exhaust ground 2, in which case his federal habeas petition would be denied without prejudice; or (3) to file a motion asking this court to stay and abey his exhausted federal habeas claims while he returns to state court to exhaust ground 2. In response, Devose filed what he styled as a motion to formally and forever abandon ground 2 and proceed on the exhausted grounds. ECF No. 49. I grant the motion.

Also before the court is respondents' motion for an extension of time to file an answer to the remaining claims in petition. ECF No. 50. Counsel for respondents explains that this case, involving a 7-day jury trial, was recently re-assigned to him and that, while he has begun reviewing the state-court record, he requires additional time to file the answer. Good cause appearing, I grant the extension.

I THEREFORE ORDER that petitioner's motion to abandon ground 2 **[ECF No. 49] is GRANTED**.

I FURTHER ORDER that respondents' motion for extension of time to answer the amended petition **[ECF No. 50] is GRANTED. The deadline is extended to July 31, 2023**.

DATED this 23rd day of May, 2023.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE