UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTOPHER DEVOSE,<br><br>    Petitioner<br><br>v.<br><br>WILLIAM HUTCHINGS, et al.,<br><br>    Respondents. | Case No.: 2:21-cv-02069-APG-DJA<br><br>**Order Granting Motion for Case Docket and Denying Motion for Default Judgment**<br><br>[ECF Nos. 61, 62] |

Petitioner Christopher Devose filed a motion requesting a copy of the case docket. ECF No. 61.  The respondents did not respond to that motion as no response was required.  Devose subsequently filed a motion for default judgment, but in reality requested a ruling on his motion for a copy of the docket. ECF No. 62.  I grant his request for a copy of the docket and deny his motion for default judgment.

I THEREFORE ORDER that Devose's motion for a copy of the docket **(ECF No. 61) is granted**.  His motion for default judgment **(ECF No. 62) is denied**.

I FURTHER ORDER the clerk of court to send a copy of the case docket sheet to Devose.

Dated: March 31, 2025

_____
Andrew P. Gordon
Chief U.S. District Judge